NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES J. KERSTEIN, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> PLAST-O-MATIC VALVES, INC., *et al.*, : <br> : <br> Defendants. : | Civil Action No. 07-4156 (PGS) <br><br><br> **ORDER** |

A Report and Recommendation was filed on June 25, 2008 recommending that this Court grant Plaintiff's motion to remand. The parties were given notice that they had ten days within which to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing;

It is, on this 29 day of July 2008,

**ORDERED** that the Report and Recommendation of Magistrate Judge Esther Salas is hereby adopted as the opinion of the Court.

/s/ Peter G. Sheridan
_____
PETER G. SHERIDAN, U.S.D.J.
